IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GERALD HEIDINGER,** | C 07-0429 MMC (PR) |
| Petitioner, | **ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JAMES A. YATES, Warden,** | **(Docket No. 30)** |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including **September 25, 2008,** to file a response to the petition for a writ of habeas corpus.  Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto.  If respondent files a motion to dismiss, respondent shall file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

DATED: August 28, 2008

_____
MAXINE M. CHESNEY
United States District Judge