IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD HEIDINGER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JAMES A. YATES, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 07-0429 MMC (PR) <br><br> **ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME** <br><br> **(Docket No. 47)** |

GOOD CAUSE APPEARING, respondent's Application for Extension of Time to file an answer to the petition is hereby GRANTED. Respondent shall file his answer to the petition no later than **May 7, 2009**. Within **thirty** days of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

IT IS SO ORDERED.

DATED: March 10, 2009

_____
MAXINE M. CHESNEY
United States District Judge