IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GERALD HEIDINGER,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>**JAMES A. YATES, Warden**<br><br>　　　　　　　　　　　Respondent. | C 07-0429 MMC (PR)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSE** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including May 14, 2009, to file an answer to the petition for writ of habeas corpus.

DATED: __May 8, 2009__

_____
MAXINE M. CHESNEY
United States District Judge