IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD HEIDINGER,<br><br>  Petitioner,<br><br>v.<br><br>JAMES A. YATES, Warden,<br><br>  Respondent.<br>_____ | No. C 07-0429 MMC (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUESTS FOR EXTENSION OF TIME TO FILE TRAVERSE AND FOR RESPONDENT TO PROVIDE PETITIONER WITH COPIES OF LODGED EXHIBITS**<br><br>**(Docket Nos. 53 & 57)** |

On June 25, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Thereafter, respondent filed a motion to dismiss the petition on the ground that the petition is barred by the applicable one-year statute of limitations. See 28 U.S.C. § 2244(d). By order filed December 8, 2008, the Court denied the motion to dismiss and scheduled the filing of an answer and traverse. In so doing, the Court provided the following instructions to respondent: "Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition." (Order, filed Dec. 31, 2008, at 9:4-7.)

On May 14, 2009, respondent filed an answer to the petition. According to the briefing schedule set by the Court, petitioner's traverse is due within thirty days of the date of the answer was filed. On May 29, 2009, petitioner filed the instant requests for an extension of time to file the traverse and to order respondent to provide petitioner with all exhibits lodged in support of the petition. Specifically, petitioner asserts he requires an extension

because of the complexity of respondent's answer (respondent filed a fifty-eight page memorandum in support of the answer) and also because respondent has not complied with the Court's order to provide petitioner with copies of the lodged exhibits.

Good cause appearing, petitioner's requests are hereby GRANTED. Within **fifteen** days of the date this order is filed, respondent shall provide petitioner with a copy of all exhibits lodged in support of the petition. Petitioner shall file a traverse to the petition on or by **August 14, 2009**.

This order terminates Docket Nos. 53 and 57.

IT IS SO ORDERED.

DATED: June 8, 2009

_____
MAXINE M. CHESNEY
United States District Judge