IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD HEIDINGER,

        Petitioner,

  v.

P.D. BRAZELTON, Warden,

        Respondent.
                                   /

No. CV-07-0429 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The petition for a writ of habeas corpus is hereby DENIED.

A certificate of appealability is hereby DENIED.

Dated: February 21, 2012

                                                      Richard W. Wieking, Clerk

                                                      By: Tracy Lucero
                                                      Deputy Clerk